BRUNSON et al. v. CARTER OIL CO. (Circuit Court of Appeals, Eighth Circuit. December 20, 1920.) No. 5615. Appeal from the District Court of the United States for the Eastern District of Oklahoma. For opinions below, see 263 Fed. 935; 259 Fed. 656. H. B. Lockett, of Comanche, Okl., for ap-

pellants. James A. Veasey, C. M. Oakes, and Walter Davison, all of Tulsa, Okl, for appellee.

PER CURIAM. Appeal dismissed, with costs, for want of prosecution, on motion of appellee.